

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL -8 2021

CAROL L. MICHEL
CLERK

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-157 |
|---|---|---|
| v. | * | SECTION: "J" |
| ANDREW J. SMITH | * | |

\* \* \*

## FACTUAL BASIS

Should this matter proceed to trial, both the Government and the defendant, **ANDREW J. SMITH** ("**SMITH**"), do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty and that the Government would prove the following beyond a reasonable doubt at trial.

The case against **SMITH** began as a result of several Cybertips from the National Center for Missing and Exploited Children ("NCMEC"). The NCMEC leads detailed an individual using the Gmail account andrewsmith4111997@gmail.com having uploaded several images of child sexual abuse via the social media application WhatsApp. Special agents with the Louisiana Bureau of Investigation ("LBI") identified the defendant, **ANDREW SMITH**, as a resident of 2730 ½ Panama Street, Kenner, LA 70062 through his IP address and subscriber information. LBI agents obtained a state search warrant for **SMITH**'s address.

On January 16, 2019, LBI agents and Special Agent Stephen Dean, with the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") executed the warrant at **SMITH**'s Kenner home. During the execution of the search warrant, the investigators

Page 1 of 3

AUSA _BK_
Defendant _AJS_
Defense Counsel _SHS_

determined the Transportation Security Administration ("TSA") employed the defendant. After being advised of his *Miranda* rights, **SMITH** admitted to having downloaded child pornography. **SMITH** said he had hundreds of images and videos of child pornography on his devices and in his Dropbox account.

On February 7, 2019, SA Dean obtained a federal search warrant for **SMITH**'s cell phone and other devices. During their search, HSI computer forensic examiners located 8 images and 9 videos depicting the sexual victimization of children on Smith's LG phone. The images and videos depict pre-pubescent boys engaged in sexual acts with other pre-pubescent boys. Agents determined Smith's LG phone was manufactured in Vietnam.

The Government would present evidence to establish that the images and videos of child pornography were distributed in interstate commerce and using computer equipment that had been transported in interstate and foreign commerce. The Government would show through testimonial and documentary evidence that the computers used by **SMITH** to download and possess the child pornography were all manufactured outside of the State of Louisiana and were transported in interstate or foreign commerce.

Various records and testimonial evidence, including testimony from representatives of HSI, LBI, Google and other witnesses would also be called to prove the facts set forth above.

AUSA *BR*
Defendant *AJS*
Defense Counsel *SHS*

LIMITED NATURE OF FACTUAL BASIS

This Factual Basis is not intended to constitute a complete statement of all facts known by the Government and the defendant, but rather is a minimum statement of facts intended to prove the necessary factual predicate for defendant's guilty plea. The limited purpose of this Factual Basis is to demonstrate that there exists sufficient legal basis for defendant's plea of guilty to the charged offense.

_____  
ANDREW J. SMITH  
Defendant

7/8/21  
DATE

_____  
STEPHEN H. SHAPIRO  
Counsel for Defendant

7/8/21  
DATE

_____  
BRIAN M. KLEBBA  
Assistant United States Attorney

7/8/21  
DATE